ALFONSA CASSALI, Respondent, v. SALVATORE ARDILIO and Another, Appellants:

— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.